Madam Clerk, please at this time call 311-373, please. 311-373, U.S. Food Service v. Dominick, W.V. Counsel, please approach. The court notes that there was no signing by 830 by counsel. In your case, it was called. Did you explain to the court what happened? Yes, Your Honor. I gave myself two hours to get here from Ottawa, Illinois. The traffic was tied up on the Stevenson Expressway, and so that's why I was late in appearing. I had given myself a little over two hours to get here, and unfortunately that was insufficient due to traffic conditions, Your Honor. Okay. Steve Freedman for Rustic Back Rustic. Our sheets for this case, we didn't have this matter docketed for today. This is our appeal. We have the sheet that we received apparently was amended, and it was not in our docket. I mean, I have the other case that, on number four, I didn't call today. Ken was in contact with the attorney in our office who had this case, and we didn't have this in our docket. And the docket that we have, which I have with me, I did have this case on it. So we're not prepared. I mean, we're willing to play hard. Okay. Apparently what possibly could have happened is that this case was set originally, I think someone said yesterday, and then it was changed, but maybe noticed. I don't know. I don't know. But you are at least willing to waive oral argument. And, Your Honor, Mr. Hobley, who is actually the attorney of record on the brief, I spoke to him personally, and he told me the same thing, that they would be willing to waive argument. Okay. Well, in this case, it will be decided on the written briefs.  Thank you, Your Honor. Thank you, Judge. Just in time. Just in time. This might be a real one. No, I wouldn't say that. Okay. The Catholic court will stand in recess until tomorrow at 9 o'clock. 7 o'clock.